UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA DEARAUJO, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>REGIS CORPORATION, a Minnesota Corporation; SUPERCUTS CORPORATE SHOPS, INC., a Minnesota Corporation; and DOES 1 through 99, inclusive,<br><br>Defendant. | Case No. 2:14-CV-01408-KJM-AC<br><br><br><br><u>ORDER</u> |
| AMYMARIE KAELAN; individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>REGIS CORPORATION, a Minnesota Corporation; SUPERCUTS CORPORATE SHOPS, INC., a Minnesota Corporation; and DOES 1 through 99, inclusive,<br><br>Defendants. | Case No.  2:14-CV-01411-KJM-CKD |

1

The court, having reviewed the parties' Joint Stipulation to Consolidate Proceedings Pursuant to Rule 42(a), and for good cause shown, HEREBY ORDERS as follows,

1. The cases entitled Dearaujo v. Regis Corporation et al. (Case No. 2:14-CV-01408 KJM-AC) and Kaelan v. Regis Corporation, et al. (Case No. 2:14-CV-01411-KJM-CKD) are consolidated pursuant to Rule 42(a) of the Federal Rules of Civil Procedure.

2. Every pleading filed in the consolidated action shall bear the caption Civ 2:14-cv-1408 KJM-AC.

3. The deadline to file a Motion for Preliminary Approval shall be continued to March 3, 2016, to allow the parties to finalize the settlement agreement under one action.

IT IS SO ORDERED.

DATED: December 2, 2015.

UNITED STATES DISTRICT JUDGE