[COUNSEL LISTED ON FOLLOWING PAGE]

UNITED STATES DISTROCT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jessica Dearaujo; individually and on behalf of others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>Regis Corporation, a Minnesota Corporation; Supercuts Corporate Shops, Inc., a Minnesota Corporation; and DOES 1 through 99, inclusive,<br><br>  Defendants. | **Case No. 2:14-CV-01408-KJM-DAD**<br><br>Assigned To: Hon. Kimberly J. Mueller<br><br>**ORDER GRANTING** JOINT STIPULATION TO EXPEDITE PLAINTIFFS' DEADLINE TO FILE MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND RELEASE, AND THE RESPECTIVE HEARING DATE<br><br>Department: Court Room 3 |
| Amymarie Kaelan; individually and on behalf of others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>Regis Corporation, a Minnesota Corporation; Supercuts Corporate Shops, Inc., a Minnesota Corporation; and DOES 1 through 99, inclusive,<br><br>  Defendants. | **Case No.  2:14-CV-01411-KJM-DAD** |

**ORDER**

James R. Hawkins, Esq. SBN 192925
JAMES HAWKINS, APLC
9880 Research Drive, Suite 200
Irvine, CA 92618
TEL:   (949) 387-7200
FAX:   (949) 387-6676

Sean Sasan Vahdat, Esq. SBN 239080
LAW OFFICES OF SEAN S. VAHDAT & ASSOCIATES, APLC
7700 Irvine Center Drive, Suite 800
Irvine, CA 92618
TEL:   (949) 788-2949
FAX:   (949) 788-2950

Attorneys for Plaintiffs, Jessica Dearaujo, Amymarie Kaelan,
individually and on behalf of others similarly situated

Catherine M. Dacre, Esq.  SBN 141988
SEYFARTH SHAW LLP
560 Mission St., 31st Floor
San Francisco, CA 94105
Telephone:  (415) 397-2823
Facsimile:   (415) 397-8549

Daniel C. Whang (SBN 223451)
SEYFARTH SHAW LLP
2029 Century Park East, Suite 3500
Los Angeles, CA 90067
Telephone: (310) 277-7200
Facsimile:  (310) 201-5219

Attorneys for Defendants, Regis Corporation & Supercuts Corporate Shops Inc.

- 1 -
**ORDER**

On June 30, 2016, the court granted plaintiffs' request for preliminary approval of the parties' settlement agreement on a class basis and set a final hearing schedule.  ECF No. 37.  On July 27, 2016, the parties filed a joint request to shorten the time for plaintiffs to file a motion for final approval to October 21, 2016 and to advance the Final Approval Hearing set for December 16, 2016 to November 18, 2016.  ECF No. 38.

Good cause appearing, the court GRANTS the parties' request.  Accordingly, the court orders as follows:  The court SHORTENS plaintiffs' deadline to move for final approval to November 18, 2016.  The court VACATES the Final Approval Hearing set for December 16, 2016 and RESETS it for November 18, 2016 at 10:00 a.m. in Courtroom 3 before District Judge Kimberly J. Mueller.  The Class administrator shall give notice to the class as scheduled on August 16, 2016 and shall include the expedited hearing date.  All other deadlines, including the class deadlines, remain in place.

IT IS SO ORDERED

DATED:  August 1, 2016.

_____
UNITED STATES DISTRICT JUDGE